IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-00044-M

AMY LOHRENZ, MAJOR MICHAEL LOHRENZ, MGL, MML, MML, & MML,

    Plaintiffs,

v.

BRAGG COMMUNITIES, LLC, CORVIAS MANAGEMENT-ARMY, LLC, CORVIAS MILITARY LIVING, LLC,

    Defendants.

## JOINT STATUS REPORT

    Pursuant to the Court's Order dated May 31, 2023 (ECF No. 61), Plaintiffs Amy Lohrenz, Major Michael Lohrenz, MGL, MML, MML, & MML, and Defendants Bragg Communities, LLC, Corvias Management-Army, LLC, and Corvias Military Living, LLC, hereby submit this status report regarding the above-captioned matter:

    1.    The parties are actively engaged in written discovery and document discovery. Plaintiffs responded to written discovery on July 25, 2023, and Defendants were served with written discovery on July 21, 2023. Under the scheduling order (ECF No. 58), discovery extends through June of 2024, with the close of discovery occurring on June 3, 2024. The Parties agree that they are in need of additional discovery before they would be in a position to have a meaningful settlement conference or mediation.

    2.    Accordingly, the Parties respectfully jointly request that the Court set a date for a settlement conference in early October.

Jointly submitted this 27th day of July, 2023.

/s/ Audrey Snyder
Audrey Snyder (N.C. Bar No 52476)
Ward Black Law
208 West Wendover Avenue
Greensboro, NC 27401
336-333-2244
336-379-9415 (fax)
asnyder@wardblacklaw.com

*One of the attorneys for the plaintiffs.*

/s/ Mark P. Henriques
Mark P. Henriques (N.C. Bar No. 18701)
Michael A. Ingersoll
WOMBLE BOND DICKINSON (US) LLP
3500 One Wells Fargo Center
301 South College Street
Charlotte, North Carolina 28202-6025
Telephone:     (704) 331-4912
Fax:                (704) 338-7830
E-mail: Mark.Henriques@wbd-us.com
E-mail: Michael.Ingersoll @wbd-us.com


HOLLAND & KNIGHT LLP
/s/ Thomas J. Yoo
Thomas J. Yoo*
400 S. Hope St., 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile:  (415) 896-2450
Thomas.Yoo@hklaw.com

/s/ Jessica L. Farmer
Jessica L. Farmer*
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 955-3000
Facsimile:  (202) 955-5564
Jessica.Farmer@hklaw.com

                                          Daniel K. Winters*
                                          31 West 52nd Street
                                          New York, New York 10019
                                          Telephone: (212) 513-3200
                                          Facsimile: (212) 385-9010
                                          Daniel.Winters@hklaw.com

                                          Laura Renstrom*
                                          50 N. Laura Street, Suite 3900
                                          Jacksonville, FL 32202
                                          Telephone: (904) 798-7222
                                          Facsimile: (904) 358-1872
                                          laura.renstrom@hklaw.com

\* Specially admitted                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 27, 2023, the foregoing document was served on all counsel of record via CM/ECF.

                                          /s/ *Jessica L. Farmer*
                                          Jessica L. Farmer